**No. 11-6485. Jose Del Valle, Petitioner v. United States.**

565 U.S. 990, 132 S. Ct. 527, 181 L. Ed. 2d 370, 2011 U.S. LEXIS 7635.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-6503. Sheulo Nelson, Petitioner v. United States.**

565 U.S. 990, 132 S. Ct. 528, 181 L. Ed. 2d 370, 2011 U.S. LEXIS 7648.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 431 Fed. Appx. 800.

**No. 11-6492. Jaime Guadalupe Mendoza, Petitioner v. United States.**

565 U.S. 990, 132 S. Ct. 527, 181 L. Ed. 2d 370, 2011 U.S. LEXIS 7615.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6504. Thomas L. Mercer, Petitioner v. United States.**

565 U.S. 990, 132 S. Ct. 528, 181 L. Ed. 2d 370, 2011 U.S. LEXIS 7697.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-6496. Donald Lamont Smith, Petitioner v. Virginia.**

565 U.S. 990, 132 S. Ct. 527, 181 L. Ed. 2d 370, 2011 U.S. LEXIS 7657.

October 31, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 11-6505. Lamont Van, Petitioner v. Ray Hobbs, Director, Arkansas Department of Corrections.**

565 U.S. 990, 132 S. Ct. 529, 181 L. Ed. 2d 370, 2011 U.S. LEXIS 7659.

October 31, 2011. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2011 Ark. 287.

**No. 11-6502. Shawndale Mickens, Petitioner v. New York.**

565 U.S. 990, 132 S. Ct. 527, 181 L. Ed. 2d 370, 2011 U.S. LEXIS 7608.

October 31, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, First Judicial Department, denied.

**No. 11-6508. Dwight C. Jackson, Petitioner v. United States.**

565 U.S. 990, 132 S. Ct. 529, 181 L. Ed. 2d 370, 2011 U.S. LEXIS 7706.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 429 Fed. Appx. 410.